IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SHANNON "SJ" JOSLIN,<br><br>    *Plaintiff*,<br><br>vs.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>    *Defendants*. | Case No. 1:26-cv-576 |

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

    Pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65(c), Plaintiff Shannon "SJ" Joslin hereby moves for a preliminary injunction reinstating Dr. Joslin's employment with the National Park Service and enjoining future criminal enforcement of Dr. Joslin for speech at Yosemite supporting LGBTQ+ rights.  As set forth in more detail in the accompanying brief, Dr. Joslin is likely to succeed on the merits of their claims that Defendants' selective enforcement of a facially neutral park regulation violated Dr. Joslin's First Amendment rights.  Dr. Joslin is suffering and will continue to suffer irreparable injury absent the requested relief, and the balance of equities and public interest are in Dr. Joslin's favor.

    Dr. Joslin respectfully requests a hearing on their application for a preliminary injunction.

Dated:  February 23, 2026

                                                                                     Respectfully submitted,

                                                                                     */s/ Clayton L. Bailey*
                                                                                      Clayton L. Bailey (DC Bar No. 1644867)
                                                                                      Margaret (Emmy) Wydman (DC Bar No. 90007646)
                                                                                      **Civil Service Law Center LLP**

1455 Pennsylvania Ave NW, Suite 400
Washington, DC 20004
(202) 571-7836
cbailey@civilservicellp.com
ewydman@civilservicellp.com

Paula Dinerstein (DC Bar No. 333971)
Joanna Citron Day* (DC Bar No. 477833)
**Public Employees for Environmental Responsibility**
962 Wayne Ave, Suite 610
Silver Spring, MD 20910
(202) 464-2293
pdinerstein@peer.org
jday@peer.org

*application for admission pending per LCvR 5.1(c)(2)

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2026, I filed the foregoing document with the Clerk of Court for the U.S. District Court for the District of Columbia using the court's CM/ECF system. I also certify that a copy of the foregoing and accompanying memorandum and attachments will be sent for email service on the U.S. Attorney's Office for the District of Columbia.

I further certify that a copy of the foregoing and accompanying memorandum and attachments will be deposited with the U.S. Postal Service for delivery to the below:

U.S. Department of the Interior
1849 C Street NW
Washington, DC 20240

National Park Service
1849 C Street NW
Washington, DC 20240

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

U.S. Attorney's Office for the Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814

Doug Burgum, in his official capacity as Secretary of the Interior
1849 C Street NW
Washington, DC 20240

Jessica Bowron, in her official capacity as the Acting Director of the National Park Service
1849 C Street NW
Washington, DC 20240

Pam Bondi, in her official capacity as U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530

Eric Grant, in his official capacity as the Court-Appointed U.S. Attorney for the Eastern District of California,
501 I Street, Suite 10-100
Sacramento, CA 95814.

                                           */s/ Clayton L. Bailey*  
Clayton L. Bailey (DC Bar No. 1644867)  
**Civil Service Law Center LLP**  
1455 Pennsylvania Ave NW, Suite 400  
Washington, DC 20004  
(202) 571-7836  
cbailey@civilservicellp.com