IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SHANNON "SJ" JOSLIN,<br><br>*Plaintiff*,<br><br>vs.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-576<br><br>**DECLARATION OF MARGARET (EMMY) WYDMAN** |

I, Margaret (Emmy) Wydman, state as follows:

1. I am an attorney at the Civil Service Law Center LLP and am duly licensed to practice in the District of Columbia (DC Bar No. 9007646).

2. I am counsel for plaintiff Dr. Shannon "SJ" Joslin in the above-captioned litigation.

3. I submit this declaration in support of Plaintiff's Motion for Preliminary Injunction, filed herewith.

4. Attached as **Exhibit 1** is a true and correct copy of a June 23, 2023 Sacramento Bee article by Brooke Baitinger, titled *Yosemite held Pride event — and now there are calls for boycotts. Here's what happened,* available at https://perma.cc/HT4H-CS3Q.

5. Attached as **Exhibit 2** is a true and correct copy of a June 9, 2023 Instagram post from Yosemite National Park (@yosemitenps), available at https://perma.cc/9X8P-7ECX.

6. Attached as **Exhibit 3** is a true and correct copy of Yosemite National Park's website section titled "Stories," last updated October 18, 2024, available at https://perma.cc/KEK7-A7E7.

1

7. Attached as **Exhibit 4** is a true and correct copy of a June 8, 2023 Instagram post by Pattie Gonia (@pattiegonia), available at https://perma.cc/279B-ZTUP.

8. Attached as **Exhibit 5** is a true and correct copy of a section of the Yosemite Mariposa County Tourism Bureau's website titled *Icons of Yosemite: El Capitan*, available at https://perma.cc/FV4B-STA8.

9. Attached as **Exhibit 6** is a true and correct copy of a VMI Alumni Agency article by Mattie Montgomery titled *Evans '66 and El Capitan: Yosemite Icons*, available at https://perma.cc/D2E2-RHGW.

10. Attached as **Exhibit 7** is a true and correct copy of a January 22, 2024 article, titled *CLIMB: Tom Evans and Two Decades of Reporting on El Cap Climbing*, available at https://perma.cc/73NE-C4PR.

11. Attached as **Exhibit 8** is a true and correct copy of an October 9, 2010 blog post by Tom Evans, titled "ElCap Report 10/08/10," available at https://perma.cc/BAL7-FM6D.

12. Attached as **Exhibit 9** is a true and correct copy of a June 17, 2014 blog post by Tom Evans, titled "ElCap Report 6/15 to 6/16 2014," available at https://perma.cc/JZ6A-E292.

13. Attached as **Exhibit 10** is a true and correct copy of a photo posted on ElCap Report, available at https://perma.cc/Z9XF-LC9E.

14. Attached as **Exhibit 11** is a true and correct copy of a May 16, 2022 Instagram post by Sébastian Berthe (@sebertheclimber), available at https://perma.cc/Z57X-XYXF.

15. Attached as **Exhibit 12** is a true and correct copy of a June 18, 2024 SFGate article by Silas Valentino titled *Yosemite Climbers Hang 'Stop the Genocide' Banner from El Capitan*, available at https://www.sfgate.com/california-parks/article/yosemite-el-capitan-stop-the-genocide-banner-19521220.php.

16. Attached as **Exhibit 13** is a true and correct copy of a February 22, 2025 X post by the San Francisco Chronicle (@sfchronicle), available at https://perma.cc/7VGK-FQUB.

17. Attached as **Exhibit 14** is a true and correct copy of a February 24, 2025 Fast Company article by Sarah Bregel titled *National Parks in Turmoil: Why Rangers Hung an Upside-down American Flag at Yosemite*, available at https://perma.cc/37FB-9JDB.

18. Attached as **Exhibit 15** is a true and correct copy of the National Park Service's Superintendent's Compendium of Designations, Closures, Permit Requirements and Other Restrictions Imposed Under Discretionary Authority signed on January 16, 2026.

19. Attached as **Exhibit 16** is a true and correct copy of a June 13, 2025 article by Isaiah Varela in The Hill, titled *Yosemite Changes Rulebook After Trans Pride Flag Hung on El Capitan*, available at https://thehill.com/homenews/state-watch/5347980-yosemite-rulebook-trans-pride-flag/.

20. Attached as **Exhibit 17** is a true and correct copy of a page on the National Park Service website titled "Yosemite Wilderness," last updated July 8, 2024, available at https://perma.cc/B5BA-EBSW.

21. Attached as **Exhibit 18** is a true and correct copy of a February 14, 2025 NPR article by Juliana Kim titled *Park Service Erases 'Transgender' on Stonewall Website, Uses the Term 'LGB' Movement*, available at https://perma.cc/SW3U-L2HL.

22. Attached as **Exhibit 19** is a true and correct copy of a February 10, 2026 Politico article by Gregory Svirnovsky titled *NYC Officials Plan to Reraise Pride Flag at Manhattan's Stonewall Monument After Trump Administration Removed It*, available at https://www.politico.com/news/2026/02/10/stonewall-pride-flag-trump-nyc-00774020.

23. Attached as **Exhibit 20** is a true and correct copy of an August 24, 2025 San Francisco Standard article by Emily Dreyfuss titled *Protestors Rally in Yosemite for Ranger Fired Over Hanging Trans Pride Flag*, available at https://sfstandard.com/2025/08/24/fired-hanging-trans-flag-yosemite-park-ranger-becomes-protest-symbol/.

24. Attached as **Exhibit 21** is a true and correct copy of an August 18, 2025 Instagram post by SJ Joslin (@shannonekj), available at https://perma.cc/X3EH-4SRM.

25. Attached as **Exhibit 22** is a true and correct copy of a November 25, 2025 article in Outside titled *I Got Fired by the National Park Service. Here's What Happened.*, available at https://perma.cc/P5WW-XGNK.

26. Attached as **Exhibit 23** is a true and correct copy of an August 19, 2025 ABC article by Matthew Brown and Hannah Schoenbaum titled *Ranger Fired for Hanging Transgender Flag in Yosemite, Park Visitors May Face Prosecution*, available at https://perma.cc/8M7M-9HTN.

27. Attached as **Exhibit 24** is a true and correct copy of an August 18, 2025 NBC News article by Jo Yurcaba titled *Park Ranger Fired After Helping Drape a Transgender Pride Flag on Yosemite's El Capitan*, available at https://perma.cc/GG2M-7RBD.

28. Attached as **Exhibit 25** is a true and correct copy of an August 20, 2025 Newsweek article by Jesus Mesa and Gabe Whisnant titled *Park Ranger Fired After Hanging Transgender Flag from Yosemite's El Capitan*, available at https://perma.cc/LP7M-ZASB.

29. Attached as **Exhibit 26** is a true and correct copy of an August 19, 2025 FOX26 article titled *Yosemite Biologist Fired for Hanging Trans Flag on El Capitan*, available at https://perma.cc/FZ3T-6EXG.

30. Attached as **Exhibit 27** is a true and correct copy of an August 19, 2025 article by Abigail Adams titled *Yosemite National Park Employee Fired After Hanging Trans Pride Flag from El Capitan* available at https://perma.cc/6S7C-9549.

31. Attached as **Exhibit 28** is a true and correct copy of a February 25, 2025 NBC News article by Alicia Victoria Lozano titled *Fired Yosemite Workers Say Upside-down U.S. Flag Was a Call to Protect Public Lands*, available at https://perma.cc/9WJT-984S.

32. Attached as **Exhibit 29** is a true and correct copy of a February 22, 2025 CNN article by Amanda Jackson and Sharif Paget titled *Why an Upside-down American Flag Was Hung in Yosemite National Park*, available at https://perma.cc/D3SK-FAKL.

33. Attached as **Exhibit 30** is a true and correct copy of a February 24, 2025 NBC News article by Marlene Lenthang titled *Upside-down U.S. Flag Hung at Yosemite National Park to Protest Employee Cuts*, available at https://perma.cc/NE72-2KH8.

34. Attached as **Exhibit 31** is a true and correct copy of an August 18, 2025 article by Sam Macllwaine titled *"I Want My Job Back": Yosemite Biologist Fired for Displaying Trans Pride Flag on El Cap*, available at https://www.climbing.com/news/yosemite-biologist-fired-for-trans-pride-flag-display/.

35. Attached as **Exhibit 32** is a true and correct copy of a Human Rights Campaign brief titled *One Year In: LGBTQ+ Americans Under the Trump Administration*, available at https://perma.cc/98JF-WYBA.

36. Attached as **Exhibit 33** is a true and correct copy of an August 18, 2025 New York Times article by Neil Vigdor titled *Yosemite Biologist Who Hung Trans Pride Flag From El Capitan Is Fired*, available at https://perma.cc/3P6G-2CXP.

37. Attached as **Exhibit 34** is a true and correct copy of an August 19, 2025 New York Post article by Caitlin McCormack titled *California Park Ranger Fired After Helping Hang Transgender Pride Flag on Popular Yosemite Monolith*, available at https://perma.cc/Y7RR-RF7S.

38. Attached as **Exhibit 35** is a true and correct copy of an August 20, 2025 APNews article titled *Ranger Fired for Hanging Transgender Flag in Yosemite and Park Visitors May Face Prosecution*, available at https://perma.cc/P7H6-5XWT.

39. Attached as **Exhibit 36** is a true and correct copy of an August 20, 2025 PBS article by Matthew Brown and Hannah Schoenbaum titled *Ranger Fired for Hanging Transgender Flag in Yosemite and Park Visitors May Face Prosecution*, available at https://perma.cc/E2KV-G3WF.

40. Attached as **Exhibit 37** is a true and correct copy of an August 19, 2025 CBS article by Emily Mae Czachor titled *Yosemite Park Ranger Who Hung Trans Pride Flag From El Capitan Says They Were Fired*, available at https://perma.cc/3URZ-L66B.

41. Attached as **Exhibit 38** is a true and correct copy of a January 28, 2026 email from Terrie Granger, Office of Special Counsel Case Review Investigator, to Clayton Bailey, regarding Shannon "SJ" Joslin's OSC complaint.

42. Attached as **Exhibit 39** is a true and correct copy of a Social Documentary Network post by Tracy Barbutes titled *Yosemite Ranger Fired for Hanging Trans Flag on El Capitan*, available at https://perma.cc/LH5M-E46F.

43. Attached as **Exhibit 40** is a true and correct copy of the May 21, 2025 National Park Service, U.S. Department of the Interior, Yosemite National Park Superintendent's Compendium, accessed via the Wayback Machine.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 23, 2026 in the District of Columbia.

                                                */s/ Margaret (Emmy) Wydman*
                                                Margaret (Emmy) Wydman