## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DR. SHANNON "SJ" JOSLIN,

       *Plaintiff*,

  vs.

U.S. DEPARTMENT OF THE
INTERIOR, *et al.*,

       *Defendants*.

Case No. 1:26-cv-576

**[PROPOSED] ORDER GRANTING
PLAINTIFF'S REQUEST FOR
PRELIMINARY INJUNCTION**

Upon consideration of Plaintiff's motion for a preliminary injunction, it is hereby

**ORDERED** that the motion is GRANTED; and it is further

**ORDERED** that Plaintiff is **REINSTATED** to their position as a Wildlife Biologist in Yosemite National Park, employed by the National Park Service within the Department of the Interior; and it is further

**ORDERED** that Defendants and their agents are ENJOINED from criminal enforcement or investigation of Dr. Joslin for speech at Yosemite supporting LGBTQ+ rights; and it is further

**ORDERED** that this Order shall apply to the maximum extent provided for by Federal Rule of Civil Procedure 65(d)(2); and it is further

**ORDERED** that Defendants shall file a status report with the Court within 10 days of this Order apprising the Court of the status of their compliance with this Order

**SO ORDERED.**

1

**Dated:** _____                    _____

The Honorable _____
United States District Judge