UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SHANNON "SJ" JOSLIN,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF INTERIOR, *et al.*,<br><br>Defendants. | Civil Action No. 26-0576 (SLS) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Allison I. Brown as counsel for all Defendants: Department of Interior, National Park Service, Department of Justice, U.S. Attorney's Office for the Eastern District of California, Doug Burgum, in his official capacity as Secretary of the Department of Interior, Jessica Bowron, in her official capacity as Acting Director of National Park Service, Pamela Bondi, in her official capacity as Attorney General of the United States, and Eric Grant, in his official capacity as Court-Appointed U.S. Attorney for the Eastern District of California, in this action.

Dated: February 24, 2026

Respectfully submitted,

*/s/ Allison I. Brown*
ALLISON I. BROWN
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-7822
allison.brown2@usdoj.gov

*Attorney for the United States of America*